UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

# JS-6

| Case No. | **EDCV 26-1776 JGB (PVCx)** | Date | April 20, 2026 |
|---|---|---|---|
| Title | ***Michael Andres Lopez Gallo v. Todd Blanche, et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Order (1) GRANTING Petition; and (2) DIRECTING The Clerk To Close the Case (IN CHAMBERS)**

On April 10, 2026, petitioner Michael Andres Lopez Gallo ("Petitioner") filed a complaint for writ of habeas corpus.  ("Complaint," Dkt. No. 1.)  That same day Petitioner filed a motion for a temporary restraining order.  ("TRO," Dkt. No. 2.)  On April 17, 2026, respondents Todd Blanche, Todd Lyons, Markwayne Mullin, and Facility Administrator for Desert View Facility (collectively, "Respondents") filed an answer.  ("Answer," Dkt. No. 7.)  Respondents state that they "are not presenting an opposition argument at this time."  (Id. at 2.)  Accordingly, the Court **GRANTS** the Petition and **ORDERS** Respondents to release Petitioner from their custody immediately.

**IT IS SO ORDERED**.